FAX or Internet

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of:

)
)
**Fagan Hood**        )    Case No.  26-04106MB
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Arizona.
*(identify the person or describe the property to be searched and give its location)*:  **See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:  **See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before

_____ April 15, 2026
                                              *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.        [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
     **Any Magistrate Judge in Phoenix, Arizona**         .
                          *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30)*.
                                    [ ] until, the facts justifying, the later specific date of _____ .

Date and Time Issued:   4/2/2026 @ 1:23 pm            *(signature)*
                                                          *Judge's Signature*

City and State:    Flagstaff, Arizona                          Hon. Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A

## PERSON TO BE SEARCHED

Fagan HOOD, an Indian male, with date of birth July 14, 1990.  The image below is a photo of HOOD dated November 3, 2025.  HOOD is believed to be located at Apache Lane #122, in Sanders, Arizona.



## ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from Fagan HOOD, as further described in Attachment A, through cotton/buccal swabs in the mouth. The process of collection will be limited to the seizure of DNA using two (2) buccal swabs. The method of collection will be oral, that is, by inserting the buccal swabs into HOOD's mouth for the purpose of collecting saliva and cheek cells.

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

|  |  |
|---|---|
| **Fagan Hood** | )<br>)<br>) Case No. 26-04106MB<br>)<br>) |

(Original To Be Filed With Court)

## ELECTRONICALLY SUBMITTED APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:

**See Attachment A.**

located in the                              District of          Arizona          , there is now concealed:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[ ] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(3) | CIR-Assault With a Dangerous Weapon |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of ___ days (give exact ending date if more than 30 days days: _____
is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *AUSA Genevieve A. Ozark*

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

JONATHAN LEGG  Digitally signed by JONATHAN LEGG
Date: 2026.04.01 15:42:46 -06'00'

Executed on:

_____
*Applicant's Signature*

Jonathan Legg, Special Agent, FBI
*Printed Name and Title*

   X    Sworn by Telephone

Date/
Time: 4/2/2026 @ 1:23 pm

_____
*Judge's Signature*

City and State:   Flagstaff, Arizona

Hon. Camille D. Bibles, United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A

## PERSON TO BE SEARCHED

Fagan HOOD, an Indian male, with date of birth July 14, 1990.  The image below is a photo of HOOD dated November 3, 2025.  HOOD is believed to be located at Apache Lane #122, in Sanders, Arizona.



## ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from Fagan HOOD, as further described in Attachment A, through cotton/buccal swabs in the mouth. The process of collection will be limited to the seizure of DNA using two (2) buccal swabs. The method of collection will be oral, that is, by inserting the buccal swabs into HOOD's mouth for the purpose of collecting saliva and cheek cells.

## ELECTRONICALLY SUBMITTED AFFIDAVIT OF PROBABLE CAUSE

I, Jonathan Legg, Special Agent of the Federal Bureau of Investigation, state under oath as follows:

1.     Your Affiant has been a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since May 2017 and is currently assigned to the Gallup, New Mexico Resident Agency of the FBI. I received law enforcement training from the FBI Academy located in Quantico, Virginia, and graduated in 2017. As an FBI SA, I am an investigator or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. My duties include the investigation of violent crimes occurring within Indian Country in the District of Arizona, including on the Navajo Nation Indian Reservation. I have investigated homicides, assaults, sexual assaults, and kidnappings, both as the case agent and as a co-case agent.

### Introduction

2.     This case involves the alleged shooting of N.M., a 20-year-old man who is an enrolled member of the Navajo Nation Indian Tribe. The suspect, Fagan HOOD, is also an enrolled member of the Navajo Nation Indian Tribe.  On February 7, 2026, Navajo Nation Police Department ("NNPD") Criminal Investigator ("CI") Gilbert Yazzie notified me that Fagan HOOD had allegedly shot N.M. with a handgun outside of N.M.'s residence located at Kinlichee Housing #39, Kinlichee, Arizona, which is within the geographical boundaries of the Navajo Indian Reservation, in Indian Country, in the District of Arizona.

1

CI Yazzie informed me that N.M. had been transported to Flagstaff Medical Center for treatment of his injuries.

4. As further described in Attachments A and B, I am requesting that the Court issue a search warrant to search for evidence in the form of deoxyribonucleic acid ("DNA"), located in and on the body of Fagan Hood ("HOOD"), date of birth 7/14/1990. HOOD is believed to be located at Apache Lane #122, in Sanders, Arizona. This request is made in support of an investigation for the violation of 18 U.S.C. §§ 1153 and 113(a)(3) (CIR-Assault With a Dangerous Weapon). I submit this affidavit in support of an application for a search warrant, pursuant to Rule 41, Federal Rules of Criminal Procedure. The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. Because this affidavit is being submitted for purpose of establishing probable cause for a search warrant, it does not contain every fact known to law enforcement concerning this investigation.

5. In a separate application contemporaneously submitted with this one, I seek a search warrant for the house, curtilage, vehicles, and any sheds or other outbuildings at the residence of Fagan HOOD, located at Apache Lane #122, Sanders, Arizona (hereinafter, "Apache Lane #122). The instant warrant sought would allow search and seizure of HOOD's DNA so that it can be compared to any test results from items seized from or swabbed at the premises of HOOD's residence.

**Investigation**

6.     On February 7, 2026, CI Yazzie and I responded to the scene of a shooting at Kinlichee Housing #39, Kinlichee, Arizona, hereinafter referred to as "KH #39." Upon arriving, I observed approximately 23 9mm bullet casings strewn on the street in front of the residence and on the driveway of the residence.

7.     On February 7, 2026, CI Yazzie and I interviewed D.G., who lives at KH #39. D.G. stated that the night before, he was awoken by T.T. telling him that Fagan HOOD had shot N.M. outside of the residence. (T.T., who also lives at KH #39, is D.G.'s grandchild.)

8.     On February 10, 2026, CI Yazzie and I interviewed N.M. at KH #39.  N.M. sated that on the early morning of February 7, 2026, Hermanlynn George ("Hermanlynn"') knocked on the door of KH #39. N.M. answered the door and saw Hermanlynn, HOOD, Hermanita George, a man called "Sonny," and an unknown individual standing on the driveway. Earlier in the night, at a different location, there had been a verbal altercation between N.M., HOOD, and Hermanlynn. After Hermanlynn knocked on KH #39's door, N.M. and D.M. went outside and HOOD attempted to punch N.M., who pushed HOOD. HOOD then pulled out a black semiautomatic pistol with a flashlight attached and shot N.M. twice. HOOD next fired the handgun multiple times, until N.M. believed the magazine in the gun to be empty. After the shooting, D.M. and HOOD got into a physical altercation on the driveway of the residence. N.M. sat in a chair by the door to the residence and was bleeding.

3

9.      After the altercation, HOOD, Hermanlynn, "Sonny," Hermanita George, and the unknown individual fled in a black Kia sedan. N.M. knew the Kia Sedan to be HOOD and Hermanlynn's vehicle. N.M. knew HOOD and Hermanlynn to live at Apache Lane #122.

10.      On February 10, 2026, CI Yazzie and I also interviewed D.M. at KH #39. D.M. stated that on February 6, 2026, D.M and N.M. were at a hogan near Apache Lane #122 and got into a verbal and physical altercation with HOOD and Hermalynn. During the altercation D.M. and N.M. pushed Hermanlynn and punched HOOD. At the end of the altercation, HOOD and Hermanlynn left the area, saying they were going to shoot D.M. In the early morning of February 7, 2026, D.M. was sleeping at KH #39, and was awoken by N.M. and T.T. who said HOOD and Hermanlynn were outside shooting. D.M. heard gunfire on the street outside, and went out on the driveway of the residence. D.M. saw HOOD and Hermanlynn drive around the block in a black Kia sedan and return to the front of the residence. HOOD and Hermanlynn got out of the vehicle. HOOD began fighting with N.M. on the driveway. D.M. saw HOOD pull a black semiautomatic handgun with a flashlight attached, shoot N.M., and then fire off multiple additional rounds.

11.      After the shooting, N.M. walked to the door of the house and sat in a chair. D.M. ran down the driveway and began fighting with HOOD. Eventually the fight stopped and HOOD and Hermanlynn got into a black Kia sedan and fled. D.M. then ran to N.M. and began to render aid.  D.M. knew the black Kia to be HOOD and Hermanlynn's vehicle. D.M. knew HOOD and Hermanlynn to reside at the Apache Lane #122.

12.      On February 10, 2026, CI Yazzie and I interviewed T.T., at KH #39. In the

4

early morning of February 7, 2026, T.T. was inside the residence at KH #39 and heard a car honking on the street in front of the residence. T.T. looked out the window and saw HOOD firing a gun into the air from the passenger seat of a vehicle. N.M. and D.M. went outside to the driveway, and T.T. saw HOOD run towards the driveway, shooting the gun into the ground. T.T. then heard more gunshots from the driveway and went to the door of the residence and saw N.M. walking up the driveway towards the door bleeding from what appeared to be gunshot wounds. T.T. ran and woke up D.G. T.T. then went and held a towel on N.M.'s bleeding wounds. T.T. saw HOOD holding a black semiautomatic pistol. HOOD and Hermanlynn fled in a black Kia.

13.     HOOD's Arizona driver's license lists Apache Lane #122 as his residence. Hermanlynn's Arizona driver's license also lists Apache Lane #122 as her residence. Further, Hermanlynn's vehicle registration lists a black Kia sedan registered to her, at the address of Apache Lane #122.

**<u>Things to Be Searched and Seized</u>**

14.     I respectfully request that a search warrant be issued authorizing the search and seizure of a DNA sample to be obtained from HOOD in order to conduct a comparison of any DNA found during the examination of items seized from HOOD's residence, located at Apache Lane #122, Sanders, Arizona. The process of collection will be limited to the seizure of a DNA sample by the use of two (2) buccal, cotton swabs. The method of collection will be oral, that is, by inserting the buccal swabs into HOOD's mouth for the purpose of collecting saliva and cheek cells.

## Conclusion

15.     Based on the foregoing, I respectfully submit that there is probable cause to believe that the evidence described above will assist investigators in confirming the identity of the perpetrator and further the investigation of, among other violations of federal law arising from this incident, violations of 18 U.S.C. §§1153 and 113(a)(3) (CIR-Assault With a Dangerous Weapon). Accordingly, I request a search warrant for a DNA sample from HOOD's person.

16.     This affidavit is sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _____

JONATHAN LEGG
Digitally signed by JONATHAN LEGG
Date: 2026.04.01 15:43:29 -06'00'

Jonathan Legg
Special Agent
Federal Bureau of Investigation

___✓___ Sworn by Telephone

Date/Time: 4/2/2026 @ 1:33pm

Honorable Camille D. Bibles
United States Magistrate Judge

6